Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

PAUL TAYLOR

CASE NO. 09-70413-HDH-13

AKA1:                              AKA2:
DBA1:                              DBA2:
SS#1: xxx-xx- 4718                 SS#2:

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

   A. Orig. Date: 9/24/2009   Orig. Time: 11:00 AM     Reset Date:            Reset Time:

   B. Meeting Results:    Adjourned

   C. Debtor(s):   Debtor 1 Appeared

   D. Attorney for Debtor(s):   Appeared

   E. Creditor Appearance:   None

   F. Amount Paid to the Trustee as of   9/25/2009   $350.00   First Payment Due Date:   9/19/2009

   G. File Trustee's Motion to Dismiss because

   H. B22C Information:    B22C Form is:    Complete

       Budgeted Income:   $3,115.32   Expense:   $2,765.32   Surplus:   $350.00

       Plan Payment:   $350.00   Monthly                Plan Term(Months):   55

   I. Value of Non-Exempt Property:   $0.00   Proposed Amount to Unsecured Creditors:   $0.00

       ___ Objection to Exemption of:

       ___ Repeat Filing (If case dismissed, it should be with prejudice)   Previous Case Numbers:

       ___ Object to Invoke Stay Pleading

       ___ Case Converted from Chapter 7, Bar Date Set:   12/23/2009   Date Converted from Chapter 7:

   J. Required Information:   Good

   K. Business Information:

   L. Object to Confirmation:   Yes

       Sch I deducts should be $757.77 not $1,044.07
       Failure to include all disposable income

   M. Financial Management Class:   Debtor 1 Appeared

   N. Eligibility:

       Certificate of Credit Counseling Filed:   Debtor 1 Only

       Credit Counseling Provider Approved:   Yes

       Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):   No

   O. Domestic Support Obligation:   $0.00   Current:         Arrears:   $0.00

       Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

   P. Remarks:   Questions
         -Sch I deducts should be $757.77 not $1,044.07
         -Only Mr. and 4 year old daughter in household?
      Yes
      Objections
         -Sch I deducts should be $757.77 not $1,044.07
         -Failure to include all disposable income

Dated:   9/24/2009                              /s/ Walter O'Cheskey

                                                   Standing Bankruptcy Trustee
                                                   By:      Brent Hagan

| Case Number: | 09-70413 |
|---|---|
| Debtor: | Taylor |
| Attorney: | MJW |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 9/23/2009 13:15 |

| Domestic Support  Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Wells Fargo | $9,825.00 | 9.50% | 55 | $221.04 | $12,156.96 |
| Wichita Furniture | $1,800.00 | 8.00% | 55 | $39.20 | $2,156.05 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount<br>Enter amount from Plan |  | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |

| **Attorney Fees**   Paid Through the Plan | $2,699.00 |  |  |  | $2,699.00 |
|---|---|---|---|---|---|
| **Noticing Fees** | $78.96 |  |  |  | $78.96 |
| **Clerk Filing Fees** | $0.00 |  |  |  | $0.00 |

| **Hardacre Minimum** | **$0.00** | <-------------- |  |  |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 |  |  |  |
| Less Trustee Fees | $0.00 |  |  |  |
| Less Attorney Fees | $2,699.00 |  |  |  |
| Less Noticing Fees | $78.96 | Greater Of ---------> |  | $0.00 |
| Less Clerk Filing Fees | $0.00 |  |  |  |
| Less Scheduled Priority Claims | $0.00 |  |  |  |
| Less Other (Explain Below) | $0.00 |  |  |  |
| **Chapter 7 Minimum (Net)** | **$0.00** | <-------------- |  |  |

| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $13,240.66 |
|---|---|
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $18,981.19 |
| Debtor Plan Base (Monthly Payment X Term) | $19,250.00 |
| Surplus (Debtor Plan Base - Calculated Base) | **$268.81** |

**Comments:**

Version 1.03 Last Revised: 7/31/2008

| | | |
|---|---|---|
| **Case Number:** | | 0 |
| **Debtor:** | | 0 |
| **Attorney:** | | 0 |
| **Presiding Officer:** | | 0 |
| **Calculation Date:** | | 9/23/2009 13:15 |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007